ORIGINAL

FILED
NOV 27 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DICK PACIFIC/GHEMM, JV,<br>on behalf of Hudson Bay Insulation Co., Inc.,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | No. 06-791C |

**DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff Dick Pacific/Ghemm, JV states as follows:

Dick Pacific/Ghemm, JV does not have a parent corporation. No publicly held corporation owns 10% or more of its stocks or shares.

Dick Pacific Construction Co., Ltd.'s parent corporation is Dick Corporation. No publicly held corporation owns 10% or more of its stocks or shares.

Ghemm Co. does not have a parent corporation. No publicly held corporation owns 10% or more of its stocks or shares.

DATED this 21st day of November, 2006.

WINSTON & CASHATT

ROBERT H. CRICK
1900 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile