IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DICK PACIFIC/GHEMM, JV,<br>on behalf of Hudson Bay Insulation Co., Inc.,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | No. 06-791 C |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, Dick Pacific/Ghemm, JV, on behalf of Hudson Bay Insulation Co., hereby voluntarily dismisses this action without prejudice pursuant RCFC Rule 41(a)(1)(i).

DATED this 14th day of December, 2006.

WINSTON & CASHATT

//s//

ROBERT H. CRICK
1900 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile

Of Counsel:

JOHN H. GUIN, ESQ
JASON M. KETTRICK, ESQ
WINSTON & CASHATT
1900 Bank of America Financial Center
601 W Riverside
Spokane, WA 99201
(509) 838-6131
(509) 838-1416 facsimile

ERIK D. EIKE, ESQ.
707 Richards Street, Suite 201
Honolulu, HI 96813
(808) 537-5950
(808) 537-5955 facsimile

CERTIFICATE OF FILING

I hereby certify that on this 14th day of December, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

//s//

ROBERT H. CRICK
1900 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile